# EXHIBIT A

US006744858C2

## (12) EX PARTE REEXAMINATION CERTIFICATE (10099th)
## United States Patent
### Ryan et al.

(10) Number: **US 6,744,858 C2**
(45) Certificate Issued: **Apr. 3, 2014**

(54) **SYSTEM AND METHOD FOR SUPPORTING MULTIPLE CALL CENTERS**

(75) Inventors: **Terry S. Ryan**, Grant, AL (US); **Randel W. Henry**, Huntsville, AL (US)

(73) Assignee: **Cassidian Communications, Inc.**, Temecula, CA (US)

**Reexamination Request:**
No. 90/012,897, Jun. 25, 2013

**Reexamination Certificate for:**
Patent No.: 6,744,858
Issued: Jun. 1, 2004
Appl. No.: 10/056,411
Filed: Jan. 25, 2002

Reexamination Certificate C1 6,744,858 issued Dec. 2, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/264,242, filed on Jan. 26, 2001.

(51) **Int. Cl.**
*H04M 3/50*     (2006.01)
*H04Q 3/66*     (2006.01)

(52) **U.S. Cl.**
USPC .......................... **379/45**; 379/265.09; 379/49

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,897, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Mary Steelman

(57) **ABSTRACT**

A system and method for routing calls from multiple call centers using remote terminals for receiving incoming calls, a wide area network interfaced with the remote terminals, and a central data manager configured to receive the incoming calls from a communication network and to route them to the remote terminals over the wide area network. The remote terminals enable operators to receive incoming calls and to dispatch personnel in response to the incoming calls. Each of the incoming calls is associated with an automatic number identification identifying a communication device from which the incoming call originated. Additionally, each of the incoming calls is routed over the wide area network to a particular remote terminal based on the associated automatic number identification of the incoming call.



US 6,744,858 C2

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1-14** is confirmed.

\* \* \* \* \*