NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AIRBUS DS COMMUNICATIONS, INC. (FORMERLY CASSIDIAN COMMUNICATIONS, INC.),**
*Plaintiff-Appellant,*

v.

**MICRODATA GIS, INC., MICRODATA, LLC, AND TELECOMMUNICATION SYSTEMS, INC.,**
*Defendants-Appellees.*

---

2015-1037, -1192

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:12-cv-00162-JRG, Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

**O R D E R**

The appellees move for a 52-day extension of time, until March 18, 2015, to file their response to the appellant's January 13, 2015 motion. The appellees indicate that the appellant has not agreed to the extension and may file a response.

2    AIRBUS DS COMMUNICATIONS, INC. v. MICRODATA GIS, INC.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted to the extent that the appellees' response to the motion is due on or before February 2, 2015. No further extensions.

(2) The briefing schedule on the merits of the case is stayed pending the disposition of the January 13, 2015 motion, pursuant to Fed. Cir. R. 31(c).

(3) The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21